RICHMOND UNIFIED SCHOOL DISTRICT *v.* BERG

No. 75-1069.  Argued October 5, 1977—Decided December 6, 1977

*Arthur W. Walenta, Jr.,* argued the cause for petitioners. With him on the briefs was *John B. Clausen.*

*Mary C. Dunlap* argued the cause and filed a brief for respondent.*

PER CURIAM.

The judgment of the Court of Appeals, 528 F. 2d 1208, is vacated and the cause remanded for further consideration in light of *General Electric Co.* v. *Gilbert,* 429 U. S. 125 (1976), and *Nashville Gas Co.* v. *Satty, ante,* p. 136, and for consideration of possible mootness.

---

*Jerry D. Anker, Robert E. Nagle,* and *David Rubin* filed a brief for the National Education Assn. as *amicus curiae* urging affirmance.